# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| MICHAEL BEVANS-SILVA, | ) | |
| Movant, | ) ) ) | |
| v. | ) ) | CR416-352 |
| | ) | CV419-132 |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

Michael Bevans-Silva moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence. Doc. 121[1]; *see United States v. Almand*, 992 F.2d 316, 317 (11th Cir. 1993) (individuals challenging the validity of any sentence, including those imposed for revocation of supervised release, must utilize § 2255). The Court **DIRECTS** the Government to respond within ninety days from the date of this Order. 28 U.S.C. § 2255, Rule 4(b).

**SO ORDERED,** this 16th day of July, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

1 The Court is citing to the criminal docket in CR416-352 unless otherwise noted.